# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 838 |
| | : | |
| ORDER AMENDING RULE 1300, | : | SUPREME COURT RULES |
| AND RESCINDING AND | : | |
| REPLACING RULE 1302 OF THE | : | DOCKET |
| PENNSYLVANIA RULES OF | : | |
| JUVENILE COURT | : | |
| PROCEDURE | : | |
| | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 28th day of April, 2020, upon the recommendation of the Juvenile Court Procedural Rules Committee, the proposal having been published for public comment at 49 Pa.B. 3887 (July 27, 2019):

It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that:

1) Pennsylvania Rule of Juvenile Court Procedure 1300 is amended; and

2) Pennsylvania Rule of Juvenile Court Procedure 1302 is rescinded and replaced

in the attached form.

This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective on October 1, 2020.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.